IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| Jeremie Bradley, | Case No. _3:24-cv-3_____ |
| Plaintiffs, | Scott County No.. LACV027720 |
| vs. | **NOTICE OF REMOVAL OF CIVIL** |
| Chad Dutton and Toops Trucking LLC, | **ACTION AND RULE 81 STATEMENT** |
| Defendants. | |

To:    The Clerk of the United States District Court for the Southern District of Iowa:

COMES NOW Defendants Chad Dutton and Toops Trucking LLC ("Defendants") and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby give notice of removal of this action from the Iowa District Court for Scott County to the United Stated District Court for the Southern District of Iowa.  In support thereof, Defendants state as follows:

1.    On November 21, 2023, Plaintiff herein filed his Petition at Law and Jury Demand in the Iowa District Court of Scott County, Case No. LACE137036.  Pursuant to 28 U.S.C. § 1446(a), a copy of said Petition is attached hereto as Exhibit A along with the Original Notice of Suit which is attached hereto as Exhibit B.

2.    Service of the Original Notice and Petition was purportedly made on Defendants on December 21, 2023.

3.    December 21, 2023, is therefore the first date upon which Defendants had notice of the pendency of this lawsuit.  As such, this Notice of Removal is timely under 28 U.S.C. § 1446(b).

4.    On January 11, 2023, Plaintiff's counsel served and filed a 1st Amended and Substituted Petition at Law and Jury Demand, correctly identifying the corporate entity "Toops Trucking, LLC" as the proper defendant and amending the case caption to name the

correct Defendant parties named in this lawsuit.  Attached hereto as Exhibit C is a copy of Plaintiff's 1st Amended and Substituted Petition at Law and Jury Demand.

5.      This action involves a motor vehicle accident that occurred in Scott County, Iowa, on November 26, 2022.  *See* Exhibit C, 1st Amended Petition.  Plaintiff was driving a motorcycle and collided with a semi-tractor trailer being driven by Defendant Chad Dutton and within the course and scope of his employment with Defendant Toops Trucking, LLC. Plaintiff alleges that he sustained significant personal injuries as a result of the November 26, 2022, accident as well as other alleged damages, including but not limited to past, present and future hospital, medical and drug expenses; past, present, and future pain and suffering; past, present, and future impairment, loss of use, and enjoyment of life; past, present, and future mental anguish; and past, present, and future loss of wages.  *Id.* at ¶ 10.

6.      Plaintiff pleads the State of Iowa as his domicile.  *See* Exhibit C, Petition at ¶ 1.

7.      Plaintiff pleads that at all times relevant hereto Defendant Troops Trucking LLC, was a foreign corporation conducting business in the State of Iowa.  *See* Exhibit C, Petition at ¶ 3.

8.      Defendant Troops Trucking LLC is a limited liability company with its principle place of business and company headquarters in Alexis, Illinois.  The corporate entity is organized and registered within the State of Illinois under the laws of Illinois.

9.      Daniel M. Toops is the registered agent and manager of Toops Trucking, LLC, and he resides in the state of Illinois. Toops Trucking, LLC, does not have any owners or officers residing in the state of Iowa.

10.     Defendant Chad Dutton is a resident of Monmouth, Illinois.

11.     This action may be removed from the Iowa District Court for Scott County to the United States District Court for the Southern District of Iowa pursuant to 28 U.S.C. §§

1332 and 1441.

12.    Based upon the Petition, Plaintiff is a citizen of the State of Iowa and Defendants are citizens of a foreign state as required pursuant to 28 U.S.C. § 1332(a).

13.    Therefore, pursuant to 28 U.S.C. § 1332, the United States District Court for the Southern District of Iowa shall have original jurisdiction of this civil action because the amount in controversy exceeds $75,000.00 and Plaintiff is a citizen of the State of Iowa and Defendants are citizens of a foreign country as required pursuant to 28 U.S.C. § 1332(a).

14.    Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served on Plaintiff, through his attorney, and will be filed with the Iowa District Court for Scott County.

15.    Pursuant to Local Rule 81, Defendants state that the only matter currently pending is the state court matter removed by this Notice.

16.    Pursuant to Local Rule 81, the following attorney has appeared on behalf of Plaintiff in the state court matter:

> Michael T. Norris, Esq.
> Norris Injury Law Group, PLC
> 1200 Valley West Drive, Suite 606
> West Des Moines, IA 50266
> Work: (515) 310-1460
> Fax: (515) 957-2211
> mnorris@norrisinjurylawgroup.com

17.    Furthermore, pursuant to Local Rule 81, Defendants state that the only filings in the state court to date are the Petition at Law and Jury Demand which is attached hereto as Exhibit A; the Original Notice of Suit which is attached hereto as Exhibit B;  Plaintiff's 1st Amended and Substituted Petition at Law and Jury Demand which is attached hereto as Exhibit C; the Certificate of Service on the Iowa Secretary of State, which is attached hereto as Exhibit D; the Amended Original Notice of Suit which is attached hereto as Exhibit E; Defendants' Answer, Affirmative Defenses, and Jury Demand to Plaintiff's 1st Amended

Petition at Law and Jury Demand which is attached hereto as Exhibit F; and the Notice of Filing of Notice of Removal which is attached hereto as Exhibit G.

18.    All fees required by law in connection with this Notice have been filed by Defendants.  If any questions arise as to the propriety of the removal of this action, Defendants request the opportunity to present a brief and oral argument in support of its position that this cause is removable.

WHEREFORE, for the reasons stated herein, this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a), based upon diversity of citizenship and the subject matter of this case and its removal is proper pursuant to 28 U.S.C. § 1441.

LIND, JENSEN, SULLIVAN & PETERSON, P.A.

By: s/ Patrick J. Larkin
      Patrick J. Larkin AT0013590
      1300 AT&T Tower
      901 Marquette Avenue South
      Minneapolis, MN 55402
      Phone:  (612) 333-3637
      Fax:  (612) 333-1030
      E-Mail:  patrick.larkin@lindjensen.com

ATTORNEYS FOR DEFENDANTS CHAD DUTTON AND TOOPS TRUCKING LLC

Copies to:

**ATTORNEYS FOR PLAINTIFF**
Michael T. Norris Esq.
Norris Injury Law Group, PLC
1200 Valley West Drive, Suite 606
West Des Moines, IA 50266
Work: (515) 310-1460
Fax: (515) 957-2211
mnorris@norrisinjurylawgroup.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon one of the attorneys of record for all parties to the above-entitled cause by serving the same on such attorney at his/her respective address/fax number as disclosed by the pleadings of record herein, on January 16, 2024 by:

| | |
|---|---|
| ☐ U.S. Mail | ☐ FAX |
| ☐ Hand Delivered | ☐ UPS |
| ☐ Federal Express | ☒ Other - Email |

s/ Kathleen N. Munson _____

E-FILED  2023 NOV 21 10:46 AM SCOTT - CLERK OF DISTRICT COURT

FILED
Iowa Secretary of State
DEC 21 2023
4:30 p.m.

## IN THE IOWA DISTRICT COURT FOR SCOTT COUNTY

**JEREMIE BRADLEY,**

　　　　　**Plaintiff,**

**vs.**

**CHAD DUTTON AND TROOPS TRUCKING LLC,**

　　　　　**Defendants.**

**LAW NO.:**

***PETITION AT LAW AND JURY DEMAND***

COMES NOW the Plaintiff, by and through his attorney, and for his Petition states:

1.　At all times material hereto, Plaintiff was a resident of Scott County, Iowa.

2.　At all times material hereto, Defendant Dutton was a resident of Monmouth, Illinois.

3.　At all times material hereto, Defendant Troops Trucking LLC, was a foreign corporation conducting business in the State of Iowa.

4.　The cause of this action arose in Scott County, Iowa.

5.　The undersigned hereby certifies that this action meets the applicable jurisdictional requirements for the amount in controversy.

6.　On or about November 26, 2022 at the intersection of Rockingham Road and Schmidt Road in Davenport, Iowa, a semi truck owned by Defendants and operated by Defendant Dutton traveled into the intersection directly in front of Plaintiff, who was operating a motorcycle.

7.　Plaintiff's motorcycle struck Defendants' truck as result of said conduct by Defendant Dutton.

8.　Defendant Dutton was negligent in one or more of the following particulars:

1



  a. In failing to obey at traffic control sign;

  b. In failing to yield to Plaintff;

  c. In failing to keep a proper lookout;

  d. In failing to stop in a safe and reasonable manner;

  e. In failing to maintain control of said vehicle;

  f. In failing to operate said vehicle at a reasonably prudent speed and manner; and

  g. In failing to act as a reasonable motorist under the circumstances then and there existing.

9. Defendant Dutton's negligence was a cause of the collision and the resulting damage and injury incurred and suffered by Plaintiff.

10. Plaintiff has incurred damages in the following particulars:

  a. Past, present, and future hospital, medical and drug expenses;

  b. Past, present, and future pain and suffering;

  c. Past, present, and future impairment, loss of use, and enjoyment of life;

  d. Past, present, and future mental anguish; and

  e. Past, present, and future loss of wages.

11. Defendant Troops Trucking, LLC is vicariously liable for the negligent conduct pursuant to Iowa Common law and Iowa Statutory law, including but not limited to Iowa Code Section 321.493.

WHEREFORE, Plaintiff prays for judgment against Defendants for actual and compensatory damages in a fair and reasonable amount, for interest at the statutory rate, and for the costs of this action.

E-FILED  2023 NOV 21 10:46 AM SCOTT - CLERK OF DISTRICT COURT

### JURY DEMAND

FILED
Iowa Secretary of State

DEC 2 1 2023

4:30 p.m.

Plaintiff demands jury trial of all the issues in this case.

Respectfully submitted,

NORRIS INJURY LAW GROUP, PLC

_**/s/ Michael T. Norris**_
Michael T. Norris, AT0005909
1200 Valley West Drive, Suite 606
West Des Moines, Iowa 50266
Telephone: (515) 310-1460
Facsimile: (515) 957-2211
E-mail: _mnorris@norrisinjurylawgroup.com_
ATTORNEY FOR PLAINTIFF

Original Filed.

3

E-FILED  2023 NOV 21 10:46 AM SCOTT - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT FOR SCOTT COUNTY

**JEREMIE BRADLEY,**

**Plaintiff,**

**LAW NO.**

**vs.**

***ORIGINAL NOTICE***

**CHAD DUTTON AND TROOPS TROOPS TRUCKING LLC,**



**FILED**
Iowa Secretary of State
DEC 2 1 2023
4:30 p.m.

**Defendants.**

TO THE ABOVE-NAMED DEFENDANT:

You are notified that a petition has been filed in the office of the clerk of this court naming you as the defendant in this action. A copy of the petition (and any documents filed with it) is attached to this notice. The attorney for the plaintiff(s) is NORRIS INJURY LAW GROUP, P.L.C. whose address is 1200 Valley West Drive, Suite 606, West Des Moines, Iowa 50266. That attorney's phone number is (515) 310-1460; facsimile number (515) 957-2211.

You must serve a motion or answer within twenty days after the service of this original notice upon you and, within a reasonable time thereafter, file your motion or answer with the Clerk of Court for **Scott** County, at the county courthouse in Davenport, Iowa. If you do not, judgment by default may be rendered against you for the relief demanded in the petition.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (515) 286-3394. If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942.

### IMPORTANT

**YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS.**

**EXHIBIT**
**B**

E-FILED  2023 NOV 21 2:16 PM SCOTT - CLERK OF DISTRICT COURT



FILED
Iowa Secretary of State

DEC 2 1 2023

4:30 p.m.

## Iowa Judicial Branch

| | |
|---|---|
| Case No. | **LACE137036** |
| County | **Scott** |

*Case Title*    JEREMIE BRADLEY V. CHAD DUTTON ET AL

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential. For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(563) 328-4145**. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada. **Disability access coordinators cannot provide legal advice.**

*Date Issued*  **11/21/2023 02:16:11 PM**



*District Clerk of Court or/by Clerk's Designee of* Scott           *County*
**/s/ Autumn Tilton-Romeo**

E-FILED  2024 JAN 11 9:05 AM SCOTT - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT FOR SCOTT COUNTY

JEREMIE BRADLEY,

        **Plaintiff,**

vs.

CHAD DUTTON AND TOOPS
TRUCKING LLC,

        **Defendants.**

LAW NO.: LACE137036

*PLAINTIFF'S 1ST AMENDED AND
SUBSTITUTED PETITION AT LAW
AND JURY DEMAND*

COMES NOW the Plaintiff, by and through his attorney, and for his Petition states:

1.    At all times material hereto, Plaintiff was a resident of Scott County, Iowa.

2.    At all times material hereto, Defendant Dutton was a resident of Monmouth, Illinois.

3.    At all times material hereto, Defendant Toops Trucking LLC, was a foreign corporation conducting business in the State of Iowa.

4.    The cause of this action arose in Scott County, Iowa.

5.    The undersigned hereby certifies that this action meets the applicable jurisdictional requirements for the amount in controversy.

6.    On or about November 26, 2022 at the intersection of Rockingham Road and Schmidt Road in Davenport, Iowa, a semi truck owned by Defendants and operated by Defendant Dutton traveled into the intersection directly in front of Plaintiff, who was operating a motorcycle.

7.    Plaintiff's motorcycle struck Defendants' truck as result of said conduct by Defendant Dutton.

8.    Defendant Dutton was negligent in one or more of the following particulars:



E-FILED  2024 JAN 11 9:05 AM SCOTT - CLERK OF DISTRICT COURT

   a.   In failing to obey at traffic control sign;

   b.   In failing to yield to Plaintff;

   c.   In failing to keep a proper lookout;

   d.   In failing to stop in a safe and reasonable manner;

   e.   In failing to maintain control of said vehicle;

   f.   In failing to operate said vehicle at a reasonably prudent speed and manner; and

   g.   In failing to act as a reasonable motorist under the circumstances then and there existing.

9.    Defendant Dutton's negligence was a cause of the collision and the resulting damage and injury incurred and suffered by Plaintiff.

10.   Plaintiff has incurred damages in the following particulars:

   a.   Past, present, and future hospital, medical and drug expenses;

   b.   Past, present, and future pain and suffering;

   c.   Past, present, and future impairment, loss of use, and enjoyment of life;

   d.   Past, present, and future mental anguish; and

   e.   Past, present, and future loss of wages.

11.   Defendant Toops Trucking, LLC is vicariously liable for the negligent conduct pursuant to Iowa Common law and Iowa Statutory law, including but not limited to Iowa Code Section 321.493.

WHEREFORE, Plaintiff prays for judgment against Defendants for actual and compensatory damages in a fair and reasonable amount, for interest at the statutory rate, and for the costs of this action.

E-FILED  2024 JAN 11 9:05 AM SCOTT - CLERK OF DISTRICT COURT

JURY DEMAND

Plaintiff demands jury trial of all the issues in this case.

Respectfully submitted,

NORRIS INJURY LAW GROUP, PLC

*/s/ Michael T. Norris*
Michael T. Norris, AT0005909
1200 Valley West Drive, Suite 606
West Des Moines, Iowa 50266
Telephone: (515) 310-1460
Facsimile: (515) 957-2211
E-mail: *mnorris@norrisinjurylawgroup.com*
ATTORNEY FOR PLAINTIFF

Original Filed.

# IOWA

## SECRETARY OF STATE

JEREMIE BRADLEY

plaintiff(s)

vs.

CHAD DUTTON AND TROOPS TRUCKING LLC

defendant(s)

I, PAUL D. PATE, Secretary of State of the State of Iowa, do hereby certify that the attached Original Notice, Petition at Law & Jury Demand were received and filed in the office of the Secretary of State at 4:30pm, December 21, 2023.





PAUL D. PATE   SECRETARY OF STATE



EXHIBIT

D

E-FILED  2024 JAN 11 9:05 AM SCOTT - CLERK OF DISTRICT COURT

### IN THE IOWA DISTRICT COURT FOR SCOTT COUNTY

JEREMIE BRADLEY,

        **Plaintiff,**

vs.

CHAD DUTTON AND TOOPS
TRUCKING LLC,

        **Defendants.**

**LAW NO. LACE137036**

*AMENDED ORIGINAL NOTICE*

 TO THE ABOVE-NAMED DEFENDANT:

You are notified that a petition has been filed in the office of the clerk of this court naming you as the defendant in this action. A copy of the petition (and any documents filed with it) is attached to this notice. The attorney for the plaintiff(s) is NORRIS INJURY LAW GROUP, P.L.C. whose address is 1200 Valley West Drive, Suite 606, West Des Moines, Iowa 50266. That attorney's phone number is (515) 310-1460; facsimile number (515) 957-2211.

You must serve a motion or answer within twenty days after the service of this original notice upon you and, within a reasonable time thereafter, file your motion or answer with the Clerk of Court for **Scott** County, at the county courthouse in Davenport, Iowa. If you do not, judgment by default may be rendered against you for the relief demanded in the petition.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (515) 286-3394. If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942.

### IMPORTANT

### YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS.



EXHIBIT
E

E-FILED 2024 JAN 11 1:30 PM SCOTT - CLERK OF DISTRICT COURT

# Iowa Judicial Branch

| | |
|---|---|
| *Case No.* | **LACE137036** |
| *County* | **Scott** |

*Case Title*   BRADLEY JEREMIE VS DUTTON CHAD

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential. For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(563) 328-4145** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/. **Disability access coordinators cannot provide legal advice.**

*Date Issued* **01/11/2024 01:30:03 PM**



*District Clerk of Court or/by Clerk's Designee of* Scott          *County*
**/s/ Shelley Korf**

IN THE IOWA DISTRICT COURT FOR SCOTT COUNTY

| | |
|---|---|
| Jeremie Bradley, <br><br>       Plaintiffs, <br><br> vs. <br><br> Chad Dutton and Toops Trucking LLC, <br><br>       Defendants. | LAW NO. LACV027720 <br><br><br> **DEFENDANTS' ANSWER, AFFIRMATIVE DEFENSES, AND JURY DEMAND TO PLAINTIFF'S FIRST AMENDED AND SUBSTITUTED PETITION AT LAW** |

COMES NOW Defendants Chad Dutton and Toops Trucking LLC, for their Answer, Affirmative Defenses, and Jury Demand in response to Plaintiff's 1st Amended and Substituted Petition at Law and Jury Demand (the "Petition"), except as otherwise admitted, qualified, or stated herein, generally deny each and every allegation, matter, or thing alleged in the Petition, and further specifically state and allege as follows:

1.     Upon reasonable information and belief, these answering Defendants admit the allegations in Paragraph 1 of the 1st Amended and Substituted Petition.

2.     These answering Defendants admit the allegations in Paragraph 2 of the 1st Amended and Substituted Petition.

3.     These answering Defendants admit the allegations in Paragraph 3 of the 1st Amended and Substituted Petition, and they affirmatively state that Defendant Toops Trucking, LLC is a limited liability company organized and registered under the laws of Illinois with its principal place of business and/or headquarters located in Alexis, Illinois.

4.     Upon information and belief, these answering Defendants admit the allegations in Paragraph 4 of the 1st Amended and Substituted Petition.

5.     These answering Defendants deny allegations in Paragraph 5 of the 1st Amended

**EXHIBIT**

**F**

and Substituted Petition, and they affirmatively state that United States District Court for the State of Iowa has original jurisdiction over this matter.

6.    With respect to the allegations in Paragraph 6 of the 1st Amended and Substituted Petition, these answering Defendants admit there was a motor vehicle accident that occurred on the date and at the location stated, but these answering Defendants specifically deny that Defendant Chad Dutton was negligent or at fault in causing the motor vehicle accident.

7.    These answering Defendants deny the allegations in Paragraph 7 of the 1st Amended and Substituted Petition.

8.    These answering Defendants deny the allegations in Paragraph 8 of the 1st Amended and Substituted Petition.

9.    These answering Defendants deny the allegations in Paragraph 9 of the 1st Amended and Substituted Petition.

10.    These answering Defendants are without sufficient information to either admit or deny the allegations in Paragraph 10 of the 1st Amended and Substituted Petition as to the nature and extent of Plaintiff's claimed damages, of which they put Plaintiff to his strict burden of thereof.

11.    These answering Defendants deny the allegations in Paragraph 11 of the 1st Amended and Substituted Petition.

12.    These answering Defendants deny that Plaintiff is entitled to the relief requested in the Wherefore Clause of the 1st Amended and Substituted Petition.

## **AFFIRMATIVE DEFENSES**

1.    These answering Defendants affirmatively allege that the 1st Amended and Substituted Petition fails to state a claim upon which relief can be granted against this answering Defendant.

2.    These answering Defendants affirmatively state that Plaintiff's 1st Amended and

Substituted Petition may be barred or reduced by the negligence, comparative negligence, carelessness, assumption of risk, and/or other fault of Plaintiff and such fault may be the sole proximate cause or a contributing proximate cause of any of the alleged injuries and damages, if any, and that the provisions of Iowa's Comparative Fault Act, Chapter 668 of the Iowa Code, must be applied accordingly.

3.      These answering Defendants affirmatively state that other entities or persons who are not parties to this action may be at fault for the subject accident, and such fault may be the sole proximate cause or a contributing proximate cause of any of the alleged injuries and damages, if any, and that the provisions of Iowa's Comparative Fault Act, Chapter 668 of the Iowa Code, must be applied accordingly

4.      These answering Defendants affirmatively allege that if Plaintiff has been damaged as alleged, which these answering Defendants deny, such damages were caused by the acts, conduct, actions, inactions, or omissions of others or third parties that were not within the direction or control of these answering Defendants.

5.      These answering Defendants affirmatively allege that the 1st Amended and Substituted Petition fails for the reason that any alleged action or inaction on the part of these answering Defendants was not the cause of any alleged injury or alleged damages claimed by Plaintiff.

6.       These answering Defendants affirmatively allege that Plaintiff may have failed to fully mitigate their claimed damages, if any, and as a result, their alleged damages should be barred or reduced according to the operation of Iowa Code Chapter 668.

7.      These answering Defendants affirmatively alleges that Plaintiff may have received monies as a collateral source, which is subject to a set off of any damages that Plaintiff may recover in this matter.

3

8.      These answering Defendants affirmatively allege that they reserve the right to assert such other affirmative defenses and claims as may be determined by discovery. Accordingly, these answering Defendants incorporate any available affirmative defenses allowed by the Iowa Rules of Civil Procedure and as more fully set forth herein.

**WHEREFORE**, Defendants Chad Dutton and Toops Trucking LLC request that Plaintiff's 1st Amended and Substituted Petition at Law be dismissed with prejudice at Plaintiff's costs, enter judgment in this answering Defendants' favor, and grant other relief that is just and equitable.

## **JURY DEMAND**

Defendants Chad Dutton and Toops Trucking LLC hereby demand trial by jury of all issues in the above-entitled cause of action.

LIND, JENSEN, SULLIVAN & PETERSON, P.A.

By: s/ Patrick J. Larkin
      Patrick J. Larkin AT0013590
      1300 AT&T Tower
      901 Marquette Avenue South
      Minneapolis, MN 55402
      Phone:  (612) 333-3637
      Fax:  (612) 333-1030
      E-Mail:  patrick.larkin@lindjensen.com

ATTORNEYS FOR DEFENDANTS CHAD DUTTON AND
TOOPS TRUCKING LLC

Filed by EDMS.

Copies to:

**ATTORNEYS FOR PLAINTIFF**
Michael T. Norris Esq.
Norris Injury Law Group, PLC
1200 Valley West Drive, Suite 606
West Des Moines, IA 50266
Work: (515) 310-1460
Fax: (515) 957-2211
mnorris@norrisinjurylawgroup.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon one of the attorneys of record for all parties to the above-entitled cause by serving the same on such attorney at his/her respective address/fax number as disclosed by the pleadings of record herein, on January 16, 2024 by:

☐ U.S. Mail                    ☐ FAX
☐ Hand Delivered          ☐ UPS
☐ Federal Express          ☒ EDMS

s/ Kathleen N. Munson _____

IN THE IOWA DISTRICT COURT FOR SCOTT COUNTY

| | |
|---|---|
| Jeremie Bradley, | LAW NO. LACV027720 |
| Plaintiffs, | |
| vs. | **NOTICE OF FILING OF NOTICE OF REMOVAL** |
| Chad Dutton and Toops Trucking LLC, | |
| Defendants. | |

To:    Plaintiff and his attorney, Michael T. Norris, Esq., Norris Injury Law Group, PLC, 1200 Valley West Drive, Suite 606, West Des Moines, IA 50266:

Notice is hereby given on this date that Defendants Chad Dutton and Toops Trucking LLC, ("Defendants") timely filed in the United States District Court for the Southern District of Iowa, a Notice of Removal of the above-entitled action to the United States District Court for the Southern District of Iowa, Eastern Division, from the Iowa District Court for Scott County pursuant to 28 U.S.C. § 1332, and 28 U.S.C. § 1441(a).  A copy of the Notice of Removal is attached and served herewith as Exhibit 1.  Notice is further given that on this date, Defendants filed a copy of the Notice of Removal with the Clerk of Court for the Iowa District Court for Scott County.

LIND, JENSEN, SULLIVAN & PETERSON, P.A.

By: s/ Patrick J. Larkin
Patrick J. Larkin AT0013590
1300 AT&T Tower
901 Marquette Avenue South
Minneapolis, MN 55402
Phone:  (612) 333-3637
Fax:  (612) 333-1030
E-Mail:  patrick.larkin@lindjensen.com

ATTORNEYS FOR DEFENDANTS CHAD DUTTON AND TOOPS TRUCKING LLC

EXHIBIT
G

Filed by EDMS.

Copies to:

**<u>ATTORNEYS FOR PLAINTIFF</u>**
Michael T. Norris Esq.
Norris Injury Law Group, PLC
1200 Valley West Drive, Suite 606
West Des Moines, IA 50266
Work: (515) 310-1460
Fax: (515) 957-2211
[mnorris@norrisinjurylawgroup.com](mailto:mnorris@norrisinjurylawgroup.com)

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon one of the attorneys of record for all parties to the above-entitled cause by serving the same on such attorney at his/her respective address/fax number as disclosed by the pleadings of record herein, on January 16, 2024 by:

☐ U.S. Mail            ☐ FAX
☐ Hand Delivered       ☐ UPS
☐ Federal Express      ☒ EDMS

s/ Kathleen N. Munson _____