IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| JEREMIE BRADLEY,<br><br>    Plaintiff,<br><br>vs.<br><br>CHAD DUTTON and TOOPS TRUCKING LLC,<br><br>    Defendants. | CASE NO. 3:24-CV-00003-WPK<br><br>ORDER CANCELING ALL DEADLINES AND HEARINGS AND FOR CLOSING DOCUMENTS |

The parties have notified the Court that they have reached a settlement agreement as of February 24, 2025. Accordingly, all deadlines and hearings are canceled.

Closing documents shall be filed by April 1, 2025. If no closing documents are filed, pursuant to Local Rule 41(c) the Court may order dismissal of this action without further notice. Within 60 days of a dismissal order, either party may petition to have the case reinstated after showing good cause as to why settlement was not in fact consummated.

IT IS SO ORDERED.

DATED March 5, 2025.

_____
William P. Kelly
UNITED STATES MAGISTRATE JUDGE